Jon B. Fougner (State Bar No. 314097)
Email: Jon@FougnerLaw.com
600 California Street, 11th Fl.
San Francisco, CA 94108
Telephone: (434) 623-2843
Facsimile: (206) 338-0783

*Attorneys for Plaintiff Terry Fabricant*
*and the Proposed Classes*

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>   v.<br><br>UNITED CARD SOLUTIONS LLC,<br><br>               Defendant. | Case No. 2:18−cv−1429 PA (FFMx)<br><br>**STIPULATION OF DISMISSAL** |

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), through their undersigned counsel, Plaintiff Terry Fabricant and Defendant United Card Solutions, LLC hereby stipulate to and respectfully request the dismissal of the entire action, with prejudice with respect to the individual claims and without prejudice with respect to the putative class claims, with costs and fees to be borne as incurred.

## SIGNATURE ATTESTATION

The CM/ECF user filing this paper attests that concurrence in its filing has been obtained from each of its other signatories.

RESPECTFULLY SUBMITTED AND DATED this 28th day of September, 2018.

By: /s/ Jon B. Fougner
Jon B. Fougner

Anthony I. Paronich
Email: anthony@broderick-law.com
BRODERICK & PARONICH, P.C.
99 High Street, Suite 304
Boston, Massachusetts 02110
Telephone: (508) 221-1510
*Admitted Pro Hac Vice*

Robert Stempler
E-mail: socalconsumerlawyer@gmail.com
CONSUMER LAW OFFICE OF ROBERT STEMPLER, APC
8200 Wilshire Blvd, Suite 200
Beverly Hills, CA, 90211
Telephone: (323) 486-0102

Andrew W. Heidarpour
E-mail: AHeidarpour@HLFirm.com
HEIDARPOUR LAW FIRM, PPC
1300 Pennsylvania Ave. NW, 190-318
Washington, DC 20004
Telephone: (202) 234-2727
*Subject to Pro Hac Vice*

**Attorneys for Plaintiff Terry Fabricant and the Proposed Classes**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: /s/ Frank J. Weiss

Frank J. Weiss (State Bar No. 178903)
Email: frank.weiss@tonkon.com
Telephone: 503.802.2051
Michael Willes (State Bar No. 273145)
Email: michael.willes@tonkon.com
Telephone: 503.802.5737
TONKON TORP LLP
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, OR 97204-2099

***Attorneys for Defendant United Card Solutions LLC***

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT,<br><br>         Plaintiff,<br><br>    v.<br><br>UNITED CARD SOLUTIONS LLC,<br><br>         Defendant. | Case No. 2:18−cv−1429 PA (FFMx)<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

Pursuant to the stipulation of the parties, the case is dismissed with prejudice with respect to the individual claims and without prejudice with respect to the putative class claims. Costs and fees shall be borne as incurred.

IT IS SO ORDERED.

Dated: _____

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

[Proposed] Order Dismissing Case
*Fabricant v. United Card Solutions LLC*, Case No. 2:18−cv−1429 PA (FFMx)